IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| XYZ CORPORATION,              ) | |
|                               ) | |
|           Plaintiff,          ) | |
|                               ) | |
|     v.                        ) | Civil Action No. 1:23cv0673 (PTG/JFA) |
|                               ) | |
| THE UNINCORPORATED            ) | |
| ASSOCIATIONS IDENTIFIED IN    ) | |
| SCHEDULE A,                   ) | |
|                               ) | |
|           Defendants.         ) | |

## ORDER

On May 23, 2023, plaintiff filed a motion for leave to file under seal and/or redacted certain documents and temporarily proceed under a pseudonym for good cause. (Docket no. 2). In that motion, plaintiff states that it will move to unseal the documents once the temporary restraining order has been served on the relevant parties and the requested actions taken. *Id.* at 2. District Judge Giles granted plaintiff's *ex parte* motion for temporary asset restraint and expedited discovery on June 8, 2023. (Docket no. 43). On June 14, 2023, plaintiff served PayPal, Alipay, AliExpress, eBay, and Wish with a copy of the temporary restraining order. (Docket no. 52 ¶ 5). Accordingly, it is hereby

ORDERED that plaintiff file pleadings on or before July 14, 2023 indicating whether it is necessary to maintain the filings in this case under seal and whether an amended complaint without redactions should be filed, given the temporary restraining order has been served on the necessary parties.

Entered this 3rd day of July, 2023.

                                                                             /s/

                                                          John F. Anderson
United States Magistrate Judge

Alexandria, Virginia