UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **XYZ CORPORATION,**<br><br>   Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>   Defendants. | Civil Action No. 1:23-cv-00673-PTG-JFA |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff XYZ Corporation seeks to extend the Temporary Restraining Order ("TRO") granted and entered by the Court on June 8, 2023 [ECF 43] and scheduled to expire on July 6, 2023, by a period of fourteen (14) days until July 20, 2023. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Date:  July 6, 2023                                    Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Nicholas J. Nowak (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW
Washington, DC 20005
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com

*Attorneys for Plaintiff XYZ Corporation*

20536406.1