IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| XYZ CORPORATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00673 (PTG/JFA) |
| | ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER

This matter comes before the Court on Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order ("Motion"). Dkt. 59. On June 8, 2023, the Court granted Plaintiff's first *Ex Parte* Motion for Temporary Asset Restraint and Expedited Discovery (Dkt. 28). Dkt. 43. On June 22, 2023, Plaintiff filed an *Ex Parte* Motion to Extend the Temporary Restraining Order ("TRO"). Dkt. 45. On the same day, the Court granted Plaintiff's Motion and extended the TRO by fourteen (14) days, until Thursday, July 6, 2023. Dkt. 50. On June 30, 2023, Plaintiff filed an *Ex Parte* Motion to Modify the TRO. Dkt. 51. On July 3, 2023, the Court granted Plaintiff's *Ex Parte* Motion to Modify the TRO in part. Dkt. 56. The Court's Order on July 3, 2023 specifically noted that Plaintiff's TRO would expire on Thursday, July 6, 2023. *Id.* at 2.

Plaintiff filed the current Motion to Extend the TRO after the close of business on July 6, 2023, seeking a two-week extension of the TRO that was scheduled to expire on July 6, 2023. Thus, the Court was not given ample time to consider and decide upon the Motion before the TRO had already expired. In the accompanying Memorandum in Support to the current Motion, Plaintiff cited Federal Rule of Civil Procedure 65(b)(2), stating that a TRO "may be extended

provided a party can show, *prior to expiration of the order*, good cause for such an extension." Dkt. 62 at 3 (emphasis added). Plaintiff has not cited any authority regarding the Court's ability to extend a TRO that has already expired. Therefore, it is hereby

**ORDERED** that Plaintiff is directed to file a supplemental brief explaining the Court's authority to extend a temporary restraining order that has already expired.

Entered this 7th day of July, 2023.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge