IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| XYZ CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0673 (PTG/JFA) |
| ) | |
| THE UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED IN ) | |
| SCHEDULE A, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the court on plaintiff's motion to seal. (Docket no. 2). On June 8, 2023, District Judge Giles granted plaintiff's motion for temporary asset restraint and expedited discovery. (Docket no. 43). On June 22, 2023, District Judge Giles extended the temporary restraining order ("TRO") until July 6, 2023. (Docket no. 50). On July 3, 2023, the undersigned ordered plaintiff to indicate whether it was necessary to maintain the filings under seal. (Docket no. 57). Plaintiff responded on July 14, 2023 by stating that the case should remain under seal, as the TRO had not yet been implemented, and it was necessary for the case to remain under seal before the TRO was entered and implemented to prevent plaintiff from suffering irreparable harm. (Docket no. 71). District Judge Giles denied plaintiff's motion to extend the TRO on July 25, 2023. (Docket no. 74). Therefore, plaintiff's justification for having the case remain under seal, the implementation of the TRO, is no longer relevant. Accordingly, it is hereby

ORDERED that plaintiff's motion to seal is denied. On or before August 11, 2023, plaintiff shall prepare and file an amended complaint identifying all parties and without

redactions in the public record. Once that amended complaint has been filed, an order will be entered unsealing all filings in this case.

Entered this 28th day of July, 2023.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia