UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **XYZ CORPORATION,**<br><br>        Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>        Defendants. | Civil Action No. 23-673 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that there are no counsel of record for Defendants at this time.

Date: August 11, 2023

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Nicholas J. Nowak (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1101 K St., NW, 10th Floor
Washington, DC 20005
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com

*Attorneys for Plaintiff XYZ Corporation*