IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| BTL INDUSTRIES, INC., | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )     1:23-cv-673 (PTG/WBP) |
| | ) |
| THE UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED IN SCHEDULE A, | ) |
| | ) |
| *Defendants.* | ) |

## ORDER

This matter comes before the Court on the December 5, 2024 Amended Report and

Recommendation ("R&R") from Magistrate Judge William B. Porter regarding Plaintiff's

Motion for Default Judgment as to Certain Defendants (Dkt. 153). The defendants against whom

default judgment is sought are hereinafter referred to as "Subject Defendants." Judge Porter

advised the parties that objections to the R&R must be filed within fourteen (14) days of service

and failure to object waives appellate review. Dkt. 163 at 26. To date, no objections have been

filed.

After reviewing the record and Judge Porter's Recommendation, and finding good cause,

the Court hereby **APPROVES** and **ADOPTS** the findings Judge Porter set forth in the R&R

(Dkt. 163). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 153) is **GRANTED**; and

it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against

Subject Defendants; it is further

**ORDERED** that Plaintiff is entitled to a damages award of $150,000 per distinct infringing mark. Exhibit 1 of this Order identifies the total damages award owed by each Defendant; it is further

**ORDERED** that Subject Defendants, as well as its principals and others acting on its behalf, are **ENJOINED** from importing, distributing, making, using, selling, or offering for sale unauthorized products in the United States that infringe Plaintiff's U.S. Patent Nos. 10,478,634 and 10,821,295 or contain Plaintiff's trademarks or confusingly similar marks, including, but not limited to, EM SCULPT, EMS SCULPT, EMSSCULPT, EM-SCULPT, EMS-CULPT, EMS CULPT, HI-FEM, HIFM, EMSCULPTING, EMS SCULPTING, EMS-CULPTING, EMSCULPTURE, EMSCULPTOR, EMS SULPTING, EMSCUPLT, EMS SCULPT U, EMS FACE, EMS-FACE, HIPEM, HIEM, EMSLIM, EMSLIM NEO, EMSLIMNEORF, EMS LIM, EMSIIM, EMSLIMF, EMS SLIMMING, EMSLIMMING, EMSZERO, EMS MUSCLE, EMSHAPE, and EMSHAPING; it is further

**ORDERED** that eBay, Wish, PayPal, and Alipay transfer funds currently held in Subject Defendants' accounts to Plaintiff once the judgment becomes final.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs, and against Defendants, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

It is **SO ORDERED**.

***

To appeal this decision, Defendants must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short

statement indicating a desire to appeal, including the date of the order Defendants want to appeal.

Defendants need not explain the grounds for appeal until so directed by the court of appeals.

Failure to file a timely notice of appeal waives Defendants' right to appeal this decision.

Entered this 27th day of January, 2025
Alexandria, VA

Patricia Tolliver Giles
United States District Judge

# EXHIBIT 1

| Schedule A No. | Seller ID/Defendant Store Name | No. of Distinct Infringing Marks | Award (No. of Distinct Infringing Marks x $150,000) |
|---|---|---|---|
| 2 | 4beautyuse | 6 | $ 900,000.00 |
| 7 | bbexcellene | 3 | $ 450,000.00 |
| 8 | Beauty.tech888 | 5 | $ 750,000.00 |
| 9 | beautyhome_us | 5 | $ 750,000.00 |
| 10 | Beautyipretty | 3 | $ 450,000.00 |
| 14 | beautyspavirtual | 2 | $ 300,000.00 |
| 15 | Beautytian | 1 | $ 150,000.00 |
| 16 | beautyyan0001 | 2 | $ 300,000.00 |
| 17 | beyondbeauty-express | 3 | $ 450,000.00 |
| 18 | beyondbeautymachinecenter | 3 | $ 450,000.00 |
| 20 | bilixun | 1 | $ 150,000.00 |
| 22 | chengduxiaozenglidian0 | 3 | $ 450,000.00 |
| 23 | chenwen006 | 2 | $ 300,000.00 |
| 24 | cn.2321 | 2 | $ 300,000.00 |
| 25 | comqybeauty | 2 | $ 300,000.00 |
| 26 | comqyecho | 6 | $ 900,000.00 |
| 27 | comqylive | 2 | $ 300,000.00 |
| 28 | comqyworld88 | 5 | $ 750,000.00 |
| 32 | dumisl | 4 | $ 600,000.00 |
| 33 | eassin2010 | 4 | $ 600,000.00 |
| 34 | Easyweighloss | 3 | $ 450,000.00 |
| 37 | Forskincare | 4 | $ 600,000.00 |
| 44 | hellobeautyequipment | 3 | $ 450,000.00 |
| 47 | ibeautyshop4uu | 3 | $ 450,000.00 |
| 49 | Kangtech | 2 | $ 300,000.00 |
| 50 | kangtech_520 | 6 | $ 900,000.00 |
| 51 | kangtech_us | 2 | $ 300,000.00 |
| 54 | kmslaserbeautyequipment | 6 | $ 900,000.00 |
| 57 | laserbeautyworld | 5 | $ 750,000.00 |
| 58 | Licotech | 3 | $ 450,000.00 |
| 59 | lucytian | 2 | $ 300,000.00 |
| 65 | mychway_uk | 4 | $ 600,000.00 |
| 66 | mychwaydirect | 3 | $ 450,000.00 |
| 67 | mygirlbeauty | 2 | $ 300,000.00 |
| 69 | Newrocktool | 4 | $ 600,000.00 |
| 71 | perface_uk | 2 | $ 300,000.00 |
| 72 | ri3815 | 1 | $ 150,000.00 |
| 73 | sanwe-4930 | 4 | $ 600,000.00 |
| 74 | shinn41 | 1 | $ 150,000.00 |
| 76 | Smwecenbeauty | 3 | $ 450,000.00 |
| 77 | soprano-0 | 1 | $ 150,000.00 |
| 80 | Spacehome | 2 | $ 300,000.00 |

| 81 | spacetimebeauty | 3 | $ | 450,000.00 |
|---|---|---|---|---|
| 82 | spacetimetool | 3 | $ | 450,000.00 |
| 83 | Staraesthetic | 3 | $ | 450,000.00 |
| 85 | stbeauty1 | 2 | $ | 300,000.00 |
| 86 | stbeauty2 | 3 | $ | 450,000.00 |
| 87 | stylefix101 | 1 | $ | 150,000.00 |
| 89 | tianyanbeauty | 2 | $ | 300,000.00 |
| 91 | topolarrfmall | 4 | $ | 600,000.00 |
| 93 | Uulaser | 6 | $ | 900,000.00 |
| 94 | wcb666 | 3 | $ | 450,000.00 |
| 95 | wcbeauty002 | 4 | $ | 600,000.00 |
| 96 | wchenbeauty | 2 | $ | 300,000.00 |
| 97 | wenchenhome168 | 2 | $ | 300,000.00 |
| 99 | xiangtanwenchenj-0 | 2 | $ | 300,000.00 |
| 103 | A Plus WStore | 1 | $ | 150,000.00 |
| 104 | Airoumei Tech. | 1 | $ | 150,000.00 |
| 105 | Beilangbeauty | 1 | $ | 150,000.00 |
| 106 | Bonne Wstore | 1 | $ | 150,000.00 |
| 107 | sweetlifeya | 1 | $ | 150,000.00 |
| 108 | 2-emszero 55 factory store Store | 4 | $ | 600,000.00 |
| 109 | 808nm Laser Diode Store | 3 | $ | 450,000.00 |
| 110 | Acebeauty Official Store | 3 | $ | 450,000.00 |
| 111 | Alice Beauty Store | 3 | $ | 450,000.00 |
| 112 | ALISA Shop Store | 3 | $ | 450,000.00 |
| 113 | Alyusen Beauty Factory Store | 3 | $ | 450,000.00 |
| 114 | aofang Store | 3 | $ | 450,000.00 |
| 115 | Bangyuan Beauty store Store | 2 | $ | 300,000.00 |
| 116 | BAOems Store | 5 | $ | 750,000.00 |
| 117 | Beauty Device Store | 6 | $ | 900,000.00 |
| 118 | Beauty equipment factory Store | 4 | $ | 600,000.00 |
| 119 | Beauty Equipment Store | 4 | $ | 600,000.00 |
| 120 | Beauty Factory Store | 4 | $ | 600,000.00 |
| 121 | Beauty Health Body Care Store | 4 | $ | 600,000.00 |
| 122 | Beautyholic Store | 4 | $ | 600,000.00 |
| 123 | Beauty-weight loss Store | 5 | $ | 750,000.00 |
| 124 | Bernie Beauty Store | 4 | $ | 600,000.00 |
| 125 | Best Laser Factory Store | 4 | $ | 600,000.00 |
| 126 | Bettys Beauty Supply Store | 6 | $ | 900,000.00 |
| 127 | Big Big Beauty Store | 4 | $ | 600,000.00 |
| 128 | Cavita Q Center Store | 3 | $ | 450,000.00 |
| 129 | CBUB Official Store | 5 | $ | 750,000.00 |
| 130 | Charmskin Store | 4 | $ | 600,000.00 |

| 131 | chentech Store | 4 | $ 600,000.00 |
|---|---|---|---|
| 132 | China Chuanzi Beauty And Slimming Equipment Store | 4 | $ 600,000.00 |
| 133 | Chuangmei Factory 02 Store | 3 | $ 450,000.00 |
| 134 | Chuangzi Beautyy Store | 4 | $ 600,000.00 |
| 135 | CLOVELY Beauty Store | 3 | $ 450,000.00 |
| 136 | Comqytech Official Store | 1 | $ 150,000.00 |
| 137 | dailusha13-14 Store | 6 | $ 900,000.00 |
| 138 | Daisy Beauty Store | 8 | $ 1,200,000.00 |
| 139 | Definition Beautiful Store | 3 | $ 450,000.00 |
| 140 | Doris Store | 3 | $ 450,000.00 |
| 141 | droshipping shopify supplier Store | 6 | $ 900,000.00 |
| 142 | ELVESBeauty Store | 4 | $ 600,000.00 |
| 143 | Embrace beautyy Store | 4 | $ 600,000.00 |
| 144 | EMS Factory Main Store | 8 | $ 1,200,000.00 |
| 145 | EMS Sculpt Machine and Diode Laser Store | 5 | $ 750,000.00 |
| 146 | emslim168 Store | 3 | $ 450,000.00 |
| 147 | emslim817 factory Store Store | 4 | $ 600,000.00 |
| 148 | Emslim and Laser Store | 3 | $ 450,000.00 |
| 149 | Emslim head office Store | 4 | $ 600,000.00 |
| 150 | emslim main Store | 4 | $ 600,000.00 |
| 151 | emslim66 Store | 5 | $ 750,000.00 |
| 152 | EMSZERO 081 Store | 6 | $ 900,000.00 |
| 153 | EMSzero 808 diode factory Store | 3 | $ 450,000.00 |
| 154 | EMSzero Beauty Salon Store | 5 | $ 750,000.00 |
| 155 | EMSzero Brand Store | 4 | $ 600,000.00 |
| 156 | EMSZERO China Beauty Health Store | 4 | $ 600,000.00 |
| 157 | emszero distributor in China Store | 6 | $ 900,000.00 |
| 158 | Emszero Factory Main Store | 5 | $ 750,000.00 |
| 159 | EMSzero High Quality Factory Store | 4 | $ 600,000.00 |
| 160 | Emszero Made in China Store | 3 | $ 450,000.00 |
| 161 | emszero98 Store | 4 | $ 600,000.00 |
| 162 | emzero 52 Factory Store | 4 | $ 600,000.00 |
| 163 | FAIR-HLCO Beauty Massager Store | 7 | $ 1,050,000.00 |
| 164 | FairyBeauty Store | 4 | $ 600,000.00 |
| 165 | Followme Store | 6 | $ 900,000.00 |

| 166 | FORCEK Store | 3 | $ 450,000.00 |
|---|---|---|---|
| 167 | GRALEMER Store | 4 | $ 600,000.00 |
| 168 | Great Wall Store | 4 | $ 600,000.00 |
| 169 | GuanZhou ChuanZi Exclusive Store Store | 3 | $ 450,000.00 |
| 170 | Hair removal, weight loss and anti-aging equipment Store | 4 | $ 600,000.00 |
| 171 | Hen meili Store | 3 | $ 450,000.00 |
| 172 | High-end machine factory Store | 3 | $ 450,000.00 |
| 173 | himet factory Store | 3 | $ 450,000.00 |
| 174 | Honkay Tech Store | 5 | $ 750,000.00 |
| 175 | Hydrafacial Beauty Store | 3 | $ 450,000.00 |
| 176 | Ibeauty Instrument Store | 1 | $ 150,000.00 |
| 177 | Inner Ball Roller Machine Store | 4 | $ 600,000.00 |
| 178 | Instrument-Factory Direct Store | 6 | $ 900,000.00 |
| 179 | JaneEyre Beauty Store | 5 | $ 750,000.00 |
| 180 | Karina Beauty Store | 4 | $ 600,000.00 |
| 181 | k-Beauty equipment Store | 4 | $ 600,000.00 |
| 182 | Kennady Beauty Machine Factory Store | 3 | $ 450,000.00 |
| 183 | Keville Beauty Store | 3 | $ 450,000.00 |
| 184 | LaiMiDuo Store | 2 | $ 300,000.00 |
| 185 | LaserMax Beauty Store | 3 | $ 450,000.00 |
| 186 | Licotech Store | 4 | $ 600,000.00 |
| 187 | Magicplus Store | 4 | $ 600,000.00 |
| 188 | MarvelouslyBeauty Store | 3 | $ 450,000.00 |
| 189 | Minova PDO Store | 4 | $ 600,000.00 |
| 190 | muscao Store | 1 | $ 150,000.00 |
| 191 | MuuaBeauty Store | 2 | $ 300,000.00 |
| 192 | Nanpa Aesthetics Official Store | 6 | $ 900,000.00 |
| 193 | NC Beauty Store | 6 | $ 900,000.00 |
| 194 | newvisage Official Store | 3 | $ 450,000.00 |
| 195 | Niua Niua Beauty Factory 22 Store | 3 | $ 450,000.00 |
| 196 | Ofiman instrument manufacturer Store | 4 | $ 600,000.00 |
| 197 | Perfection Beauty Store | 3 | $ 450,000.00 |
| 198 | PERFECTU Store | 5 | $ 750,000.00 |
| 199 | PODN Official Store | 4 | $ 600,000.00 |
| 200 | Pozhuo Tech Beauty- Machine Store | 1 | $ 150,000.00 |

| 201 | PRC Professional Beauty Machine Factory | 5 | $ | 750,000.00 |
|---|---|---|---|---|
| 202 | Professional Beauty Health Store | 4 | $ | 600,000.00 |
| 203 | Professional Salon Machine Factory Store | 3 | $ | 450,000.00 |
| 204 | Qinlang Salon Photoelectric Equipment Store | 2 | $ | 300,000.00 |
| 205 | RF Microneedling EMSZERO 808nm Factory Store | 5 | $ | 750,000.00 |
| 206 | rf microneedling Store | 3 | $ | 450,000.00 |
| 207 | Salon Professional Beauty Store | 3 | $ | 450,000.00 |
| 208 | ShineflyBeauty Store | 4 | $ | 600,000.00 |
| 209 | Shop16688 Store | 3 | $ | 450,000.00 |
| 210 | Shop4988518 Store | 3 | $ | 450,000.00 |
| 211 | Shop5375145 Store | 1 | $ | 150,000.00 |
| 212 | Shop5485226 Store | 1 | $ | 150,000.00 |
| 213 | Shop1102310641 Store | 1 | $ | 150,000.00 |
| 214 | Shop1102442339 Store | 1 | $ | 150,000.00 |
| 215 | Shop1102608040 Store | 3 | $ | 450,000.00 |
| 216 | Shop1102720499 Store | 2 | $ | 300,000.00 |
| 217 | Shop1102560116 Store | 1 | $ | 150,000.00 |
| 218 | SimoneBeauty Store | 3 | $ | 450,000.00 |
| 219 | Slimming machine Store | 4 | $ | 600,000.00 |
| 220 | Top1 Beauty Equipment Machine 01 Store | 4 | $ | 600,000.00 |
| 221 | Twila Beauty Store | 4 | $ | 600,000.00 |
| 222 | U R Luxury Beauty Store | 5 | $ | 750,000.00 |
| 223 | Viv Beauty Store | 3 | $ | 450,000.00 |
| 224 | Welcome to the emszero Store | 3 | $ | 450,000.00 |
| 225 | White Lily Store | 4 | $ | 600,000.00 |
| 226 | Wickett E-Commerce Store | 3 | $ | 450,000.00 |
| 227 | Xiongw Beauty Factory01 Store | 1 | $ | 150,000.00 |
| 228 | YaSiLi beauty Store | 3 | $ | 450,000.00 |
| 229 | YINAIMEI Professional Beauty Equipment Store | 4 | $ | 600,000.00 |
| 230 | YininiBeauty Store | 3 | $ | 450,000.00 |
| 231 | YOYO Beauty Factory Store | 4 | $ | 600,000.00 |
| 232 | YXbeauty Store | 4 | $ | 600,000.00 |
| 233 | zane zane beauty Store | 2 | $ | 300,000.00 |
| 234 | adg Beauty-equipment Specialty Store | 2 | $ | 300,000.00 |

| 235 | Akimi anti-aging Store | 2 | $ | 300,000.00 |
|---|---|---|---|---|
| 236 | Anna Beautiful Health Store | 1 | $ | 150,000.00 |
| 237 | Beauty Equipment Source Factory Store | 2 | $ | 300,000.00 |
| 238 | Beauty Queen Store | 3 | $ | 450,000.00 |
| 239 | Best OPT EMS Exclusive Shop Store | 2 | $ | 300,000.00 |
| 240 | BodyfulBeauty Store | 2 | $ | 300,000.00 |
| 241 | Cadia Beauty Store | 3 | $ | 450,000.00 |
| 242 | Cc Beauty Store | 3 | $ | 450,000.00 |
| 243 | Come On v Store | 3 | $ | 450,000.00 |
| 244 | DicoaleBeauty Store | 5 | $ | 750,000.00 |
| 245 | DN PEN Store | 4 | $ | 600,000.00 |
| 246 | droshipping shopify supplier Store | 5 | $ | 750,000.00 |
| 247 | duomeili Store | 4 | $ | 600,000.00 |
| 248 | Eautiful Wealth Creation System Store | 2 | $ | 300,000.00 |
| 249 | Effia Beauty Shop Store | 2 | $ | 300,000.00 |
| 250 | Eloxie Beauty Store | 4 | $ | 600,000.00 |
| 251 | ETELE Multifunctional Beauty Instrument With CE Store | 3 | $ | 450,000.00 |
| 252 | ExquisiteBeauty Store | 3 | $ | 450,000.00 |
| 253 | Face and Body Beauty Machine Store | 4 | $ | 600,000.00 |
| 254 | Feiya Beauty Store | 3 | $ | 450,000.00 |
| 255 | FLM Beauty Store | 3 | $ | 450,000.00 |
| 256 | Forcek3 Store | 4 | $ | 600,000.00 |
| 257 | ForUBeauty Store | 2 | $ | 300,000.00 |
| 258 | FUZKA Store | 1 | $ | 150,000.00 |
| 259 | Good Price Beauty Machine Store | 5 | $ | 750,000.00 |
| 260 | GUANGZHOU DAILUSHA Factory Store | 3 | $ | 450,000.00 |
| 261 | GZDAILUSHA Store | 4 | $ | 600,000.00 |
| 262 | Hengchi Beauty Store | 3 | $ | 450,000.00 |
| 263 | HERLIKEBeauty Store | 6 | $ | 900,000.00 |
| 264 | HPT Store | 2 | $ | 300,000.00 |
| 265 | HSHI Beauty Store | 5 | $ | 750,000.00 |
| 266 | HUA YAO Beauty Store | 2 | $ | 300,000.00 |
| 267 | Jonte Aesthetics Machine Store | 3 | $ | 450,000.00 |
| 268 | Kelytech Store | 2 | $ | 300,000.00 |
| 269 | KesimadiBeauty Store | 4 | $ | 600,000.00 |
| 270 | Kome Beauty Instrument | 4 | $ | 600,000.00 |

| | | | | |
|---|---|---|---|---|
| | Store | | | |
| 271 | KOMINE Official Store | 4 | $ | 600,000.00 |
| 272 | Laser water oxygen factory Store | 1 | $ | 150,000.00 |
| 273 | LB 3 laser Store | 5 | $ | 750,000.00 |
| 274 | Love Ardently Store | 4 | $ | 600,000.00 |
| 275 | Magic Belle CaviStar Store | 3 | $ | 450,000.00 |
| 276 | Molly fantasy Store | 4 | $ | 600,000.00 |
| 277 | NDX Beauty equipment factory store Store | 5 | $ | 750,000.00 |
| 278 | Oufeiman Microneedle shop Store | 4 | $ | 600,000.00 |
| 279 | Perfectlaser Beauty Machine Store | 4 | $ | 600,000.00 |
| 280 | Professional fitness beauty Store | 4 | $ | 600,000.00 |
| 281 | RainbowBeauty Store | 3 | $ | 450,000.00 |
| 282 | RF Microneedle EMSzero Beauty Equipment Store | 5 | $ | 750,000.00 |
| 283 | Ruimeida Beauty Instrument Factory Direct Store Store | 3 | $ | 450,000.00 |
| 284 | RUINASI BeautyEquipment Store | 3 | $ | 450,000.00 |
| 285 | Sally Beauty Store | 4 | $ | 600,000.00 |
| 286 | SASALaserBeauty Store | 3 | $ | 450,000.00 |
| 287 | Shero Beauty Machines Store | 3 | $ | 450,000.00 |
| 288 | Shop912561127 Store | 3 | $ | 450,000.00 |
| 289 | Shop1102193393 Store | 1 | $ | 150,000.00 |
| 290 | Shop1102603880 Store | 2 | $ | 300,000.00 |
| 291 | Skin 360 Aesthetic Factory Store Store | 3 | $ | 450,000.00 |
| 292 | StarSea Aesthetic-Machine Store | 3 | $ | 450,000.00 |
| 293 | SunFayBeauty Equipment Store | 2 | $ | 300,000.00 |
| 294 | SuoFeiYaBeauty Store | 3 | $ | 450,000.00 |
| 295 | TECTOP Outdoor Shop Store | 2 | $ | 300,000.00 |
| 296 | Ting mei beauty Store | 2 | $ | 300,000.00 |
| 297 | Ubeauty Instrument Store | 5 | $ | 750,000.00 |
| 298 | Venus Beauty Store | 6 | $ | 900,000.00 |
| 299 | XT 808 Diode Laser Store | 7 | $ | 1,050,000.00 |
| 300 | Yaki Beauty Store | 3 | $ | 450,000.00 |
| 301 | YesCome Beauty Store | 2 | $ | 300,000.00 |
| 302 | Yiran-Beauty Store | 4 | $ | 600,000.00 |

| 303 | you my love Store | 4 | $ 600,000.00 |
|---|---|---|---|
| 304 | 191 Professional Beauty Equipment Store | 5 | $ 750,000.00 |
| 305 | 808 Laser Hair Removal Machine Factory Price Store Store | 4 | $ 600,000.00 |
| 306 | A Blessed House Store | 5 | $ 750,000.00 |
| 307 | Aesthetics Beauty Factory 27 Store Store | 4 | $ 600,000.00 |
| 308 | Ailbe Factory Store | 3 | $ 450,000.00 |
| 309 | Alma Cryo Beauty Store | 3 | $ 450,000.00 |
| 310 | Alpha Beauty SPA Store | 5 | $ 750,000.00 |
| 311 | Anika Beauty Store | 5 | $ 750,000.00 |
| 312 | AoMaSen Microneedle Hdryafacial Store | 3 | $ 450,000.00 |
| 313 | Attrattiva Slimming Store | 2 | $ 300,000.00 |
| 314 | Bahar Beauty Store | 1 | $ 150,000.00 |
| 315 | BaiFenBai Beauty Store | 2 | $ 300,000.00 |
| 316 | BE beautyEquipment Store | 2 | $ 300,000.00 |
| 317 | Beauty Equipment Factory Outlet Store | 4 | $ 600,000.00 |
| 318 | Beauty Time Store | 3 | $ 450,000.00 |
| 319 | Beautyas Store | 2 | $ 300,000.00 |
| 320 | Bee Pretty Machine Store | 3 | $ 450,000.00 |
| 321 | BellcoBeauty Store | 4 | $ 600,000.00 |
| 322 | BEST Beauty Equipment Store | 4 | $ 600,000.00 |
| 323 | BTMETHFLY Store | 4 | $ 600,000.00 |
| 324 | CANKEXIN Store | 3 | $ 450,000.00 |
| 325 | Cderella Store | 2 | $ 300,000.00 |
| 327 | China ChuangZi Factory Store | 3 | $ 450,000.00 |
| 328 | Come Now Factory Store | 3 | $ 450,000.00 |
| 329 | CTbeauty Salon Store | 1 | $ 150,000.00 |
| 330 | DAISHUANG Beauty Equipment Factory Official Store | 3 | $ 450,000.00 |
| 331 | Delicate Beauty Store | 1 | $ 150,000.00 |
| 332 | Diode hair removal factory Store | 4 | $ 600,000.00 |
| 333 | Dubniy Official Store | 2 | $ 300,000.00 |
| 334 | DZQ FUN SPORTS Store | 5 | $ 750,000.00 |
| 335 | Eilki professional salon equipments Store | 4 | $ 600,000.00 |
| 336 | EMS And Laser Diode Store | 4 | $ 600,000.00 |

| | | | |
|---|---|---|---|
| 337 | ems machine factory Store | 5 | $ 750,000.00 |
| 338 | Emslim and Lipolaser Slimming Store | 1 | $ 150,000.00 |
| 339 | EmsLim Factory888 Store | 3 | $ 450,000.00 |
| 340 | EMSlim Machine Factory Store Store | 4 | $ 600,000.00 |
| 341 | EMSzero 13 Tesla brand Store | 3 | $ 450,000.00 |
| 342 | emszero 18 factory Store | 3 | $ 450,000.00 |
| 343 | emszero 520 Store | 3 | $ 450,000.00 |
| 344 | emszero 55 factory Store | 4 | $ 600,000.00 |
| 345 | EMSZERO BEAUTY Store | 5 | $ 750,000.00 |
| 346 | Emszero China Brand Store | 3 | $ 450,000.00 |
| 347 | EMSzero Factory Direct Sales Store | 4 | $ 600,000.00 |
| 348 | Emszero Factory Distributor Main Store | 4 | $ 600,000.00 |
| 349 | emszero factory headquarters 01 Store | 3 | $ 450,000.00 |
| 350 | EMSzero Neo Store | 3 | $ 450,000.00 |
| 351 | EMSzero Salon Equipment Store | 4 | $ 600,000.00 |
| 352 | Emszero Sculpting Machine Factory Outlet Store | 4 | $ 600,000.00 |
| 353 | emszero53 factory Store | 3 | $ 450,000.00 |
| 354 | Factory outlet 170 Store | 1 | $ 150,000.00 |
| 355 | Fairbeauty Store | 1 | $ 150,000.00 |
| 356 | Fanmei Store | 2 | $ 300,000.00 |
| 357 | Farslim Manufacturer Store | 5 | $ 750,000.00 |
| 358 | Fashion Beauty Machine Factory Store | 5 | $ 750,000.00 |
| 359 | Fei Mei One Beauty Store Store | 3 | $ 450,000.00 |
| 360 | Feier Beauty Store | 3 | $ 450,000.00 |
| 361 | First Frost Store | 4 | $ 600,000.00 |
| 362 | Fishbeauty Store | 5 | $ 750,000.00 |
| 363 | Flawless Cosmetic SPA Store | 4 | $ 600,000.00 |
| 364 | Friend Ship Store One Store | 3 | $ 450,000.00 |
| 365 | Global Beauty Equipment Store | 3 | $ 450,000.00 |
| 366 | Golden Sunshine Store | 1 | $ 150,000.00 |
| 367 | Good Laser Factory Store | 3 | $ 450,000.00 |
| 368 | Gorgeous Body Professional Beauty | 4 | $ 600,000.00 |

| | | | | |
|---|---|---|---|---|
| | Equipment Store | | | |
| 369 | Hanna Tools Private Store | 3 | $ | 450,000.00 |
| 370 | HavalaBeauty Store | 3 | $ | 450,000.00 |
| 371 | Health Beauty Care Store | 2 | $ | 300,000.00 |
| 372 | Hello Beauty Factory Store | 4 | $ | 600,000.00 |
| 373 | HertzBeauty Store | 3 | $ | 450,000.00 |
| 374 | HIFU Diode Laser Exclusive 615 Store | 3 | $ | 450,000.00 |
| 375 | Honest And High-quality Beauty Machine Factory-The Best Beauty Machine Factory Store | 3 | $ | 450,000.00 |
| 376 | Hong Kong Super factory store Store | 3 | $ | 450,000.00 |
| 377 | HUGOLULU Official Store | 2 | $ | 300,000.00 |
| 378 | Hydrofacial Skin Care Store | 4 | $ | 600,000.00 |
| 379 | IAesthetics Beauty Machines Store | 2 | $ | 300,000.00 |
| 380 | JHP Instrument factory Store | 3 | $ | 450,000.00 |
| 381 | Kangtech Store | 3 | $ | 450,000.00 |
| 382 | Kathyy's beautiful factory Store | 2 | $ | 300,000.00 |
| 383 | Korsdey Lipolaser Store | 2 | $ | 300,000.00 |
| 384 | Laser Hair Removal Factory Store | 4 | $ | 600,000.00 |
| 385 | LightBeauty Store | 3 | $ | 450,000.00 |
| 386 | lingye8002 Store | 1 | $ | 150,000.00 |
| 387 | luguyangguangcheng Store | 4 | $ | 600,000.00 |
| 388 | LX High-end Beauty Machine Overseas Flagship Store Store | 3 | $ | 450,000.00 |
| 389 | Manufacture Direct Sale Equipment Store | 4 | $ | 600,000.00 |
| 390 | Maria Beauty Store | 6 | $ | 900,000.00 |
| 391 | Medical Spa Equipment Centres Store | 4 | $ | 600,000.00 |
| 392 | MIOO Store | 3 | $ | 450,000.00 |
| 393 | Most Cost-effective Beauty Machine Factory Store | 2 | $ | 300,000.00 |
| 394 | MQ beautifier Store | 3 | $ | 450,000.00 |
| 395 | nd yag laser and diode factory Store | 4 | $ | 600,000.00 |
| 396 | NoEnNameNull Beauty Equipment Official Store | 4 | $ | 600,000.00 |

|  |  | Store |  |  |  |
|---|---|---|---|---|---|
| 397 | NourishBeauty Store | 3 | | $ | 450,000.00 |
| 398 | Ofiman instrument manufacturer Store | 3 | | $ | 450,000.00 |
| 399 | Oxygen Jet Hydrafacial Machine Store | 2 | | $ | 300,000.00 |
| 400 | Pico-Cryo-Hifu Machine Store Store | 3 | | $ | 450,000.00 |
| 401 | Pro Beauty Care Store | 3 | | $ | 450,000.00 |
| 402 | Profession Laser Beauty Factory Store | 3 | | $ | 450,000.00 |
| 403 | Professional Beauty Equipment Store | 2 | | $ | 300,000.00 |
| 404 | Relax Beauty Factory 1052 Store | 5 | | $ | 750,000.00 |
| 405 | ReliaBeauty Spa Salon Equipment Store | 4 | | $ | 600,000.00 |
| 406 | rerey Official Store | 2 | | $ | 300,000.00 |
| 407 | Research And Beauty Technology Store | 2 | | $ | 300,000.00 |
| 408 | RF equipment factory direct sales Store | 2 | | $ | 300,000.00 |
| 409 | SakulaBeauty Store | 2 | | $ | 300,000.00 |
| 410 | Scx Two Ipl Opt Shr Store | 3 | | $ | 450,000.00 |
| 411 | Seven-day Arrival Beauty Machine Laser OPT IPL 808nm RF MICRONEEDING Store | 5 | | $ | 750,000.00 |
| 412 | Shape Slimming High-Quality Manufacturer Store | 4 | | $ | 600,000.00 |
| 413 | shefmonhpt Store | 4 | | $ | 600,000.00 |
| 414 | Shero Beauty Machines Store | 3 | | $ | 450,000.00 |
| 416 | Shop Pocket entertainment and life Store | 2 | | $ | 300,000.00 |
| 417 | Shop1100086071 Store | 3 | | $ | 450,000.00 |
| 418 | Shop1100219812 Store | 4 | | $ | 600,000.00 |
| 419 | Shop1100386834 Store | 2 | | $ | 300,000.00 |
| 420 | Shop1102695647 Store | 3 | | $ | 450,000.00 |
| 421 | Shop1102749998 Store | 1 | | $ | 150,000.00 |
| 422 | Shop4502061 Store | 2 | | $ | 300,000.00 |
| 423 | Shop911563120 Store | 3 | | $ | 450,000.00 |
| 424 | Sophia Beauty Store | 3 | | $ | 450,000.00 |
| 425 | Super Beauty Store | 2 | | $ | 300,000.00 |

| 426 | The Fourth Factory Store | 4 | $ | 600,000.00 |
|---|---|---|---|---|
| 427 | The most beautiful Store | 2 | $ | 300,000.00 |
| 428 | The One Beauty Store | 2 | $ | 300,000.00 |
| 429 | TN-Shockwave-Therapy Store | 2 | $ | 300,000.00 |
| 430 | Top Health Beauty Store | 1 | $ | 150,000.00 |
| 431 | UX Store | 3 | $ | 450,000.00 |
| 432 | Various Beauty Machine Store | 4 | $ | 600,000.00 |
| 433 | Very Beauty Store | 4 | $ | 600,000.00 |
| 434 | Weight Loss Refrigeration Factory 136 Store | 2 | $ | 300,000.00 |
| 435 | WonderSpaceBeauty Store | 4 | $ | 600,000.00 |
| 436 | Wrinkle and hair removal Store | 4 | $ | 600,000.00 |
| 437 | XHUODADA Official Store | 3 | $ | 450,000.00 |
| 438 | yag laser factory Store | 5 | $ | 750,000.00 |
| 439 | YaMeiMeiRong Store | 4 | $ | 600,000.00 |
| 441 | YeonHee Beauty Store | 4 | $ | 600,000.00 |
| 442 | Yino Beauty Store | 3 | $ | 450,000.00 |
| 443 | Your Laser Factory Store | 5 | $ | 750,000.00 |
| 444 | Yue Ao Beauty Store | 2 | $ | 300,000.00 |
| 445 | ZenFuRui-5 Store | 3 | $ | 450,000.00 |
| 446 | Zuozuo Beauty Store | 3 | $ | 450,000.00 |
| 447 | Honkay Beauty Store | 2 | $ | 300,000.00 |
| **448** | **Face And Body Beauty Machine Store** | **4** | **$** | **600,000.00** |